IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONNIE MITCHELL THIGPEN | Case No.: 7:21-CR-10(HL) |

## ORDER GRANTING RELEASE ON CONDITIONS

For good and sufficient cause shown to the Court, Defendant Ronnie Mitchell Thigpen's Unopposed Motion for Release on Conditions is hereby GRANTED. Defendant shall be re-released on the $15,000 Unsecured Bond executed on April 22, 2021 (Doc. 14) and shall comply with the original Order Setting Conditions of Release (Doc. 13). In addition, the Court imposes the following condition:

1.) Defendant shall seek medical attention and attend any future appointments recommended by medical professionals.

**SO ORDERED**, this 8th day of JULY, 2022.

s/Hugh Lawson
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT